IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STACY PENNING, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>WebMD LLC,<br><br>Defendant. | Case No. 4:26-cv-02717-HSG<br><br>**ORDER GRANTING JOINT STIPULATION MODIFYING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Date Action Removed: March 27, 2026 |

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The schedule for WedMD's motion to transfer or, in the alternative, dismiss (Dkt. No. 5) is as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opposition to motion to transfer or dismiss | April 16, 2026 | April 30, 2026 |
| WebMD's Reply in Further Support | April 30, 2026 | May 21, 2026 |

DATED:  4/15/2026

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.